**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ABEL FRAGOSO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 8:16-cv-2712-T-23TBM**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
_____/

**REPORT AND RECOMMENDATION**

THIS MATTER is before the Court *sua sponte*.

Plaintiff filed this action on September 21, 2016 (Doc. 1), along with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2) and an affidavit of indigency (Doc. 3). On September 26, 2016, this Court denied the motion to proceed *in forma pauperis* without prejudice and permitted Plaintiff to re-file an amended affidavit of indigency within twenty days of the date of the Order. (Doc. 6). More than twenty days elapsed, and Plaintiff did file an amended Affidavit of Indigency, nor did Plaintiff pay the filing fee to the Clerk of Court.

On October 20, 2016, this Court ordered Plaintiff show cause, in writing, on or before October 31, 2016, why this case should not be dismissed for failure to pay the filing fee or to seek leave to proceed *in forma pauperis*. (Doc. 7). The Order further noted that failure to respond may result in dismissal without further notice. *Id.*

Plaintiff has failed to respond to the Order to Show Cause and has not paid the filing fee to the Clerk of Court.

Accordingly, it is **RECOMMENDED** that the Court **DISMISS** this action and the Clerk be directed to close the case.

Respectfully submitted this
1st day of November 2016.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge.  A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; *see also* Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies furnished to:
The Honorable Steven D. Merryday, Chief United States District Judge
Counsel of record