UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABEL FRAGOSO,

    Plaintiff,

v.                                      CASE NO. 8:16-cv-2712-T-23TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

    A November 1, 2016 report (Doc. 8) recommends dismissing this action for failing to respond to an order (Doc. 7) to show cause and for failing to pay the filing fee. More than fourteen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 8) is **ADOPTED**. For the reasons stated in the report and recommendation, this action is **DISMISSED**. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on November 18, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE